**CHICAGO MILWAUKEE COR-
PORATION, petitioner, v.
UNITED STATES.**

No. 98-427.

Oct. 13, 1998.

Supreme Court of the United States.

Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.